MAR-30-2010  14:16        CH. 13 TRUSTEE                              609 587 9676        P.002/003
03/30/2010  02:30    9088520116              OFFICE                                        PAGE  02

05-43539 RTL

March 31, 2010

Dear Mr. Albert Russo

We are letting you know we did not fire Eric Leinbach on the bankruptcy but on our mortgage. Back in February 2008 he said we only had to the trustee till September 2008 That's why we stop paying he told us that Carrington our mortgage company was going to pay off the bankruptcy because they did not file our mortgage with the county then in April in 2009 I got a phone call from Eric stating if we did not get money to him that day Our bankruptcy would be dismissed he made me sign a paper stating it was because my Husband was going thru radiation and chemo that was not the problem he was still getting his disability money and his social security check we would have still made our payments .He has had our mortgage for over two years and has not done anything with So March 11,2010 my husband called and said to mail back all of the mortgage paper work and the paper work from Carrington sent him February 10,2010 he talked to my husband that same day so I guess I'm fired . He now has us in big troubled because The mortgage company can any day foreclose us for nonpayment he told us not to pay our mortgage payment he said he has Carrington on the hook we gave him a physical check in December 2008 that has not been cashed we also got a letter in mail stating He did not get paid $2500.00 that was included in our trustee payments we understood he was to be paid right off the bat we do not have the proof you are the only one that would , when we pay you disburse the money to where is suppose to go. We do not owe him any money because he did nothing with our mortgage we are no closer to straight out our mortgage he has us in a bad situation right now we do need you let us remodif our mortgage my husband got laid off in May 2009 so he only gets his unemployment checks, and social security, and small pension and I get social security I am total disabled We do have a new lawyer his name is Scott Wilhelm. We need to be able to go forward he has in a really bind with this mortgage we have filed our 2009 income tax and because we did not pay any mortgage payments we have to pay the IRS

Sincerely Yours,
Charles Tice
Maureen Tice



MAR-30-2010  14:17       CH. 13 TRUSTEE                              609 587 9676      P.003/003
03/30/2010  02:30    9088520115                    OFFICE                              PAGE  03

*Winegar, Wilhelm, Glynn & Roemersma*

**Scott M. Wilhelm**
Attorney at Law

908-454-3200
610-258-5995
Fax 908-454-3322
wilhelms@verizon.net

305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
www.gnaw.com

TOTAL P.003